IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

**UNITED STATES OF AM ERICA,**

    Plaintiff,

v.

**RITA WILLIAMSON,**

    Defendant.

Case No.: 05-20066 D

---

ORDER GRANTING UNOPPOSED MOTION TO BE PERMITTED TO WAIVE
PERSONAL APPEARANCE AT REPORT DATE

---

It appearing to the court that Defendant's unopposed motion to be permitted to waive personal appearance at the Report Date scheduled Thursday, May 19, 2005, is well taken; it is therefore

ORDERED, ADJUDGED AND DECREED that Defendant is granted leave to waive her appearance at the Report Date on Thursday, May 19, 2005, at 9:00 a.m.

**IT IS SO ORDERED** this __18th__ day of __May__, 2005.

                                              BERNICE BOUIE DONALD
                                              UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on __5-19-05__

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 2:05-CR-20066 was distributed by fax, mail, or direct printing on May 19, 2005 to the parties listed.

---

Edwin A. Perry
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT