IN THE UNITED STATES DISTRICT COURT  FILED BY_____ D.C.
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION                      05 MAY 31  PM 3: 15

Robe_____ trollo
CLERK, U.S. DIST. CT.
W. D. OF TN. MEMPHIS

UNITED STATES OF AMERICA

    Plaintiff

VS.

                                        CR. NO. 05-20066-D

RITA WILLIAMSON

    Defendant.

---

## ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY AND SETTING

---

This cause came on for a report date on May 19, 2005. At that time, counsel for the defendant  requested a continuance of the June 6, 2005 trial date in order to allow for additional preparation in the case.

The Court granted the request and reset the trial date to July 5, 2005 with a **report date of Thursday, June 30, 2005, at 9:00 a.m.**, in Courtroom 3, 9th Floor of the Federal Building, Memphis, TN.

The period from June 17, 2005  through July 15, 2005  is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) because the ends of justice served in allowing for additional time to prepare outweigh the need for a speedy trial.

IT IS SO ORDERED this _3/_ day of May, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 2:05-CR-20066 was distributed by fax, mail, or direct printing on June 1, 2005 to the parties listed.

Edwin A. Perry
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT