IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | Cr. No. 05-20066-D |
| RITA WILLIAMSON, | * | |
| Defendant. | * | |

### ORDER GRANTING DEFENDANT'S MOTION TO TRANSFER

Upon motion of the defendant, and without objection by the United States, the defendant's motion to accept transfer of causes is hereby **GRANTED**.

This Honorable Court will thereby accept transfer of Ms. Williamson's pending matter before the Honorable Samuel H. Mays, styled as Case No. 05-20075, and Ms. Williamson's pending matters before the Honorable J. Daniel Breen, styled as Case Nos. 05-20076 and 05-20077.

It is so **ORDERED**.

This the _19_ day of July 2005.

Bernice Donald
United States District Court Judge

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _7-20-05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:05-CR-20066 was distributed by fax, mail, or direct printing on July 20, 2005 to the parties listed.

---

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Edwin A. Perry
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT